1  HARRIS B. TABACK, Esq., California State Bar No. 111017
   LAW OFFICES OF HARRIS B. TABACK
2  345 Franklin Street, Suite 102
   San Francisco, CA  94102
3  Telephone (415) 241-1400

4  Attorney for Joseph Bruce Hybl

 

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 04 00202 CRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER FOR |
| v. | ) | RETURN OF PASSPORT |
| | ) | |
| JOSEPH BRUCE HYBL, | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Clerk of the United States District Court for the Northern District of California return JOSEPH BRUCE HYBL's passport to him.  The passport had been surrendered as a condition of bond which has been exonerated when sentence was imposed and HYBL surrendered into custody.

DATED: January ____25__, 2011    _____
                                  THE HONORABLE CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*